IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01566-BNB

JOSEPH C. IPPOLITO,

     Applicant,

v.

STATE OF COLORADO: DEPARTMENT(S) OF CORRECTIONS/DIVISION OF ADULT
PAROLE,
JOHN W. HICKENLOOPER: GOVERNOR,
RICK RAEMISCH: EXECUTIVE DIRECTOR (DOC),
WALT PESTERFIELD: DIRECTOR OF ADULT PAROLE COLORADO DEPT. OF
     CORRECTIONS,
JOHN AND JANE DOES ET AL. X-XL, 1-100, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

ORDER

---

This matter is before the Court on Applicant, Joseph C. Ippolito's, "Motion for

Reconsideration of District Court's 'Order'" (ECF No. 30), filed *pro se* on October 17,

2014. In the Motion, Applicant asks the Court to reconsider an Order Closing Case,

entered on September 18, 2014, in *Joseph Christopher Ippolito v. State of Colorado:*

*Department of Corrections/Division of Adult Parole, et al.,* Civil Action No. 14-cv-02576-

LTB. Mr. Ippolito also filed a Motion for Reconsideration in Civil Action No. 14-cv-

02576-LTB, on October 17, 2014, seeking the same relief. (*See* No. 14-cv-02576-LTB,

at ECF No. 5 (Order Closing Case), and No. 6 (Motion for Reconsideration)).

The Court has addressed the Motion for Reconsideration filed in Civil Action No.

14-cv-02576-LTB and has denied it. (*See* No. 14-cv-02576-LTB, at ECF No.  7).

Plaintiff's Motion for Reconsideration is filed improperly in this action.  And, contrary to

Mr. Ippolito's apparent assumption, his § 2254 Application, filed on September 17,

2014, is presently before the Court for consideration, as is evident from the October 6,

2014 Order to Show Cause (ECF No. 29).  Accordingly, it is

ORDERED that the "Motion for Reconsideration of District Court's 'Order'" (ECF

No. 30), filed *pro se*, by Applicant, Joseph C. Ippolito, on October 17, 2014, is DENIED

as improperly filed in this action because the motion asks the Court to reconsider the

Order Closing Case entered in Civil Action No. 14-cv-02576-LTB.  It is

FURTHER ORDERED that Mr. Ippolito shall respond, in writing, to the Court's

October 6, 2014 Order to Show Cause (ECF No. 29), **within thirty (30) days of this**

**Order**.  Failure to file a response by the court-ordered deadline may result in the

dismissal of this action.

DATED October 24, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge